UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                            CASE NO. 11-38159
                                                  CHAPTER 13
JAMES E BRANCH
DIONE BRANCH                                      JUDGE JACQUELINE P COX

        DEBTORS                                   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** EVERBANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 2 | 9000453469 2614W84TH | $2,529.18 | $2,529.18 | $2,529.18 |
| Total Amount Paid by Trustee | | | | | $2,529.18 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-38159

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 18th day of July, 2013.

Debtor:
JAMES E BRANCH
DIONE BRANCH
2614 W 84TH ST
CHICAGO, IL  60652

Attorney:
THOMAS W LYNCH
9231 S ROBERTS RD
HICKORY HILLS, IL  60457
via Clerk's ECF noticing procedures

Mortgage Creditor:
BRENDAN FINANCIAL INC
24 EAST AVENUE
RIVERSIDE, IL  60546

Creditor:
EVERBANK
% EVERHOME MORTGAGE COMPANY
8100 NATIONS WAY
JACKSONVILLE, FL  32256

Mortgage Creditor:
WELLS FARGO BANK
% FREEDMAN ANSELMO LINDBERG
1807 W DIEHL RD STE 333
NAPERVILLE, IL  60563-1890

ELECTRONIC SERVICE - United States Trustee

Date:  July 18, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603